[None]

JOHN ANDERSON

v.

CLAUDIUS BERTHELOT

1811

JOURNAL ENTRIES

1. Declaration filed . . . . . . . . . *Journal, infra,* *p. 348
2. Diminution suggested; certiorari ordered . . . . . " 357

PAPERS IN FILE

1. Copy of district court records . . . . . . . . . .
2. Copy of justice of the peace records . . . . . . *Printed in Vol. 2*
3. Subpoena for Benjamin Sessions and James Lasselle . . . . . .
4. Declaration . . . . . . . . . . . . "
5. Sealed promissory note . . . . . . . . . . .
6. Statement of accounts . . . . . . . . . . . .